Luis A. Carrillo, Esq. (SBN 70398)
Michael S. Carrillo, Esq. (SBN 258878)
J. Miguel Flores, Esq. (SBN 240535)
LAW OFFICES OF LUIS A. CARRILLO
1499 Huntington Drive, Suite 402
South Pasadena, California 91030
Tel.: (626) 799-9375
Fax: (626) 799-9380

Attorneys for Plaintiffs DIECENIA CHAVEZ and RAFAEL CHAVEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIECENIA CHAVEZ and RAFAEL CHAVEZ, Plaintiffs, and as Successors-in-Interest for Decedent RAFAEL CHAVEZ FRANCO,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CITY OF GARDEN GROVE, CITY OF WESTMINSTER, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO.: 8:20-cv-01589 JVS (ADSx)<br><br>BEFORE THE HONORABLE JAMES V. SELNA<br>COURTROOM 10C<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL DEADLINES** |

# JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL DEADLINES

TO THE HONORABLE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs DIECENIA CHAVEZ and RAFAEL CHAVEZ, Plaintiffs, and as Successors-in-Interest for Decedent RAFAEL CHAVEZ FRANCO (hereinafter "Plaintiffs"), and Defendant CITY OF GARDEN GROVE (hereinafter "Defendant CITY"), by and through their respective attorneys of record, have reached an agreement, subject to certain conditions, to resolve all contested claims following a mediation on May 18, 2021 with Richard Copeland and the acceptance by the parties on May 21, 2021 of a mediator's proposal. This settlement is conditioned on the approval of the City of Garden Grove's City Council.

Accordingly, the parties hereby stipulate to, and jointly request that the Court vacate the trial date currently scheduled for January 11, 2022, as well as all other pending dates and deadlines, including the Final Pretrial Conference currently scheduled for December 20, 2021.

The parties further stipulate to, and jointly request that, the Court retain jurisdiction over this matter to enforce the terms of the settlement. Once the necessary documents are executed, and upon Plaintiffs' receipt of settlement funds, the parties will file stipulation of dismissal with prejudice as to Defendant CITY.

CARRILLO LAW FIRM, LLP

DATED: May 24, 2021

By:   */S/ J. Miguel Flores*
    LUIS A. CARRILLO
    MICHAEL S. CARRILLO
    J. MIGUEL FLORES
    Attorneys for Plaintiffs

|  |  |  |
|---|---|---|
| 6 | DATED: May 24, 2021 | WOODRUFF, SPRADLIN & SMART, APC |

By: _____
CAROLINE A. BYRNE
JEANNE L. TOLLISON
Attorneys for Defendant CITY OF GARDEN GROVE, a public entity